**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**JEFFREY JOEL JUDY,**

    **Plaintiff,**

v.                                        **Case No: 5:12-CV-89-Oc-32PRL**

**CARRIAGE HILL INVESTMENTS,
LTD.**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Extend the Time to Inspect Defendant's Facility.  (Doc. 19).  Plaintiff, with Defendant's consent, requests a fifteen (15) day extension of the deadline to inspect Defendant's facility.

Upon due consideration, Plaintiff's Motion (Doc. 19) is **GRANTED**.  The deadline for Plaintiff to inspect Defendant's facility is extended until **April 2, 2013**.  All other deadlines set forth in the Court's ADA Scheduling Order (Doc. 14) remain unchanged.

**DONE** and **ORDERED** in Ocala, Florida on February 22, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties